# United States Bankruptcy Court
## Central District of California
Riverside
Judge Scott Yun, Presiding
Courtroom 302 Calendar

**Wednesday, March 11, 2015**       **Hearing Room  302**

<u>9:30 AM</u>
**6:11-35211**    Normando Rodriguez    **Chapter 13**

Telephonic Hearing

**#10.00**   CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4035 Hickory Lane, Chino Hills, CA 91709

**FR. 1/14/15; 1/28/15; 2/18/15**

**Kristi Wells to appear by telephone (714)277-4888**

Docket    79

*[Handwritten: – Off calendar, debtor current. William Jenkins for Db.]*

**Matter Notes:**

GRANTED: _____    DENIED: _____

APO: _____

CONT'D. TO: _____

WITHDRAWN: _____

ORDER LODGED BY: _____

**Judge:**
- NONE LISTED -

**Law Clerk:**
- NONE LISTED -

**Tentative Ruling:**

APPEARANCES REQUIRED.

### Party Information

<u>Debtor(s):</u>

Normando Rodriguez    Represented By
    Anthony Wilaras